**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

YVONNE BELANGER, individually and
on behalf of other similarly situated individuals,

Plaintiff,

vs. Civ. No. 19-317 WJ/SCY

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's June 4, 2024 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 106. In that PFRD, Judge Yarbrough recommends that the Court grant the Motion for Final Approval of Class Settlement. *Id.* Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 9. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 106), including all findings as to the class action settlement; and
2. GRANTS the Motion for Final Approval of Class Settlement (Doc. 96).

**IT IS SO ORDERED**.

/s/ ________________________________
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE