IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVONNE BELANGER, individually and
on behalf of other similarly situated individuals,

      Plaintiff,

  vs.                                                       Civ. No. 19-317 WJ/SCY

ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY; ALLSTATE INDEMNITY
INSURANCE COMPANY; ALLSTATE
INSURANCE COMPANY; and ALLSTATE
PROPERTY AND CASUALTY INSURANCE
COMPANY,

      Defendants.

## FINAL JUDGMENT

Pursuant to the Order Adopting Proposed Findings and Recommendation regarding final approval of the settlement class (Doc. 111) and the Order Adopting Proposed Findings and Recommendation entered concurrently herewith regarding attorneys' fees, the Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a). All claims against all parties in this action are resolved and is a final order. **IT IS HEREBY ORDERED** this action is dismissed with prejudice and without costs except as otherwise ordered.

                                                             **/s/**
                                                             WILLIAM P. JOHNSON
                                                             CHIEF UNITED STATES DISTRICT JUDGE